# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JILL PITRE

VERSUS

LAQUANDA TILFORD

NO.  2025 CW 0920

**SEPTEMBER 17, 2025**

---

In Re:    Jill  Pitre,  applying  for  supervisory  writs,  17th
          Judicial  District  Court,  Parish  of  Lafourche,  No.
          148841.

---

**BEFORE:  MILLER, EDWARDS, AND FIELDS, JJ.**

    **STAY DENIED; WRIT NOT CONSIDERED.** This writ application is untimely.  Relator's notice of intent was filed on September 3, 2025, and the writ application was filed on September 15, 2025. Both the notice of intent and writ application were filed more than thirty days after the district court signed the judgment and notice was provided to the parties in open court on May 1, 2025. See La. Code Civ. P. art. 1914; see also Rule 4-3 of the Uniform Rules of Louisiana Courts of Appeal.

    Supplementation  of  this  writ  application  and/or  an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT